IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. S-07-MJ-0158 KJM |
| vs. | |
| MICHAEL WAYNE PHILLIPS, | |
| Defendant. | ORDER |
| _____/ | |

       This matter was on calendar on September 20, 2007 for disposition following defendant's earlier admission that he had violated multiple conditions of his probation. The case was called at 10:04 a.m. Joseph Cook, Certified Law Student, was present for the government; Probation Officer Clanton was present; and the defendant was present, without counsel. The court recessed until 10:14 a.m., when defense counsel Joseph Welch appeared. In response to the court indicating it intended to issue an order to show cause, Mr. Welch explained he was late because another appearance had taken longer than he expected. When he realized he would be late, he called his client; his client had earlier reported to the court receiving a phone call after his matter was called. Counsel did not call the courtroom deputy or opposing counsel. Having carefully considered all of the foregoing, the court enters this order. L.R. 11-110, 83-180(e).

/////

IT IS HEREBY ORDERED that:

1. Joseph Welch, Esq. is directed to pay $100 to the Clerk of the Court within ten days of the date of this order; and

2. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: October 1, 2007.

_____
U.S. MAGISTRATE JUDGE

2

phillips